# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCE BRYAN SMITH,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>RONALD RACKLEY, Warden,<br><br>　　　　　　Respondent. | Case No. CV 15-0864-ODW (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Report and Recommendation of United States Magistrate Judge. No objections to the Report have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; (2) petitioner's request for an evidentiary hearing is denied; and (3) Judgment shall be entered denying the Petition and dismissing the action with prejudice.

DATED:
July 11, 2016

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE