1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

VINCE BRYAN SMITH,

Case No. CV 15-0864 ODW (AFM)

12

Petitioner,

13

v.

**JUDGMENT**

14

RONALD RACKLEY, Warden,

15

Respondent.

16
17     Pursuant to the Order Accepting Findings and Recommendations of the

18  United States Magistrate Judge,

19     IT IS ORDERED AND ADJUDGED that the Petition is denied and the

20  action is dismissed with prejudice.

21
22  DATED:  July 11, 2016

23
24  _____

25  OTIS D. WRIGHT, II
    UNITED STATES DISTRICT JUDGE

26
27
28